FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ (*also known as* Selene Violet Henderson),<br><br>        Plaintiff,<br><br>        v.<br><br>JILMA MENESES,<br><br>        Defendant. | No. 2:24-CV-00360-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's *pro se* Motion to Voluntarily Dismiss Complaint, ECF No. 9. Plaintiff, a civilly committed detainee currently housed at the Eastern State Hospital, is proceeding *in form pauperis,* but without the obligation to pay the filing fee. Defendants have not been served in this action.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 9, is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

3. All pending motions are **DENIED as moot.**

4. The Court certifies that any appeal of this dismissal would not be taken in good faith.

ORDER OF DISMISSAL # 1

5. The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, and provide a copy to Plaintiff.

**DATED** this 20th day of December 2024.



_____
Stanley A. Bastian
Chief United States District Judge

ORDER OF DISMISSAL # 2